IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| JESSICA CHIDESTER,<br><br>  Plaintiff,<br><br><br><br>vs.<br><br><br><br>CAROLYN W. COLVIN, in her capacity as Acting Commissioner of the Social Security Administration,<br><br>  Defendant. | MEMORANDUM DECISION AND ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION<br><br><br><br><br><br>Case No. 1:11-CV-61 TS |

On April 27, 2011, Plaintiff filed her Complaint.[1]  This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).[2]  The Magistrate Judge issued an Amended Report and Recommendation on February 21, 2013.[3]  This matter is before the Court for consideration of that Report and Recommendation.

---

[1]Docket No. 3.

[2]Docket No. 13.

[3]Docket No. 27.

The Magistrate Judge recommends that the ALJ's decision be affirmed because it is supported by substantial evidence and is free of legal error.

Pursuant to 28 U.S.C. § 636(b), a party has 14 days from their receipt of the Report and Recommendation to file an objection. Neither party has done so. The Court has considered the pleadings in the file and the Report and Recommendation. It is therefore

ORDERED that the Magistrate Judge's February 21, 2013 Amended Report and Recommendation (Docket No. 27) is ADOPTED IN FULL. It is further

ORDERED that the ALJ's decision is affirmed.

The Clerk of Court is ordered to close this case forthwith.

DATED this 8th day of March, 2013.

> BY THE COURT:
>
> _____
> TED STEWART
> United States District Judge